# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY COLLINS**                                                                                    **PLAINTIFF**

**V.**                              **NO. 4:25-cv-00807-BSM-ERE**

**CHRIS WATKINS**                                                                                   **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. Collins' claims has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. Objections, if filed, must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact.

**II.    Discussion:**

On August 11, 2025, *pro se* plaintiff Terry Collins, an inmate at the Faulkner County Detention Center, filed this § 1983 lawsuit under 42 U.S.C. § 1983. *Doc. 1*. With his initial filing, Mr. Collins failed to provide a completed application for leave to proceed in forma pauperis ("IFP"); nor did he pay a filing fee. As a result, on August 13, 2025, I directed the Clerk of Court to send Mr. Collins an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail

account information sheet; or (2) pay the $405.00 filing fee. *Doc. 2*. I specifically warned Mr. Collins that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Collins has not addressed the filing-fee requirement, and the time to do so has passed.

### III.  Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Collins' complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's August 13, 2025 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated 16 September 2025.

_____
UNITED STATES MAGISTRATE JUDGE