IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY COLLINS**                                                                                               **PLAINTIFF**

v.                                      CASE NO. 4:25-cv-00807-BSM

**CHRIS WATKINS**                                                                                          **DEFENDANT**

## ORDER

Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 3] is adopted and Terry Collins's complaint is dismissed without prejudice and the clerk is directed to close this case.

IT IS SO ORDERED this 6th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE