IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY COLLINS**                                                                      **PLAINTIFF**

**v.**                           **CASE NO. 4:25-cv-00807-BSM**

**CHRIS WATKINS**                                                    **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE